IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02564-DDD-KAS

MARIE REMY,

Petitioner,

v.

TODD BLANCHE, Acting Attorney General of the United States;
MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security;
FIELD OFFICE DIRECTOR, Denver, CO Field Office, U.S. Immigration and Customs Enforcement; and
WARDEN, DENVER CONTRACT DETENTION CENTER,

Respondents.

---

FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Writ of Habeas Corpus, filed July 20, 2026, and the Order, filed August 4, 2026 by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Petitioner, Marie Remi, and against Respondents, Todd Blanche, Acting Attorney General of the United States; Markwayne Mullin, Secretary of the United States Department of Homeland Security; Field Office Director, Denver, CO Field Office, U.S. Immigration and Customs Enforcement; and Warden, Denver Contract Detention Center, on the Petition for Writ of

Habeas Corpus.

DATED at Denver, Colorado this 4th day of August, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk